Jamal A. AZEEZ, Plaintiff–Appellant,

v.

Kristen L. KELLER, Assistant Prosecuting Attorney; Lawrence Frail, Chief Prosecuting Attorney; Bruce K. Lazenby, Former Prosecuting Attorney; Francis M. Curnutte, III, Attorney at Law; Cedric Robertson, Police Officer; David H. Cook, Police Officer; Billy Cole, Chief of Police; John Hutchinson, County Judge; Janice B. Davis, Clerk of Court, Defendants–Appellees.

No. 10–1515.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 1, 2010.

Decided: Jan. 25, 2011.

686

Jamal A. Azeez, Appellant Pro Se. Kevin John Robinson, Chip E. Williams, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Beckley, West Virginia; Francis M. Curnutte, III, Farmer, Cline & Campbell, PLLC, Charleston, West Virginia; John Michael Hedges, Teresa Jean Lyons, Byrne, Hedges & Lyons, Morgantown, West Virginia, for Appellees.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal A. Azeez seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his motion for expungement of criminal records. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Azeez seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Azeez's motions to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*